# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

In Re: ROBERT C. GRAHAM,  )
Attorney at Law, Bar No. 4618  )
  )  Case No.: 2:17-ms-00081
  )
  )  **ORDER OF DISBARMENT**
  )
  )
  )
  )

     On September 19, 2017, this Court entered an Order to Show Cause, mailed via certified mail with a Certified Mail Return Receipt date of delivery of September 20, 2017.  The Order to Show Cause provided Mr. Graham with thirty (30) days to respond with reasons why he should not be disbarred from the practice of law in this Court.  No response has been received from Mr. Graham.  Failure to respond within thirty (30) days warrants an Order of Disbarment. Local Rule IA 11-7.

     Accordingly, **IT IS HEREBY ORDERED** that Robert C. Graham, Nevada State Bar No. 4618, is hereby **DISBARRED** from practice in United States District Court for the District of Nevada.

     **DATED** this __21__ day of December, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this 22nd day of December, 2017, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

> Robert C. Graham
> c/o P. Sterling Kerr, Esq.
> George E. Robinson, Esq.
> 2450 St. Rose Parkway, Suite 120
> Las Vegas, NV 89074

Certified Mail No.:   7016 2140 0000 1723 4840

> /s/ Michael Zadina
> Deputy Clerk
> United States District Court,
> District of Nevada